### JAMES A. VIALL
### v.
### WILLIAM A. GOFORTH:

STATEMENT.—The court is of opinion that justice has been done, and affirms the judgment.

APPEAL from the Circuit Court of Wabash county; the Hon. T. B. TANNER, Judge, presiding.   Opinion filed April 2, 1880.

Mr. JAMES M. GREGG and Mr. S. Z. LANDES, for appellant.

Messrs BELL & GREEN, for appellee.

PER CURIAM. Assuming there was error in the ruling and remarks of the court, with reference to the admission of evidence as to the reasonable value of the services, we think the appellant having accepted the course indicated by the court could not afterwards object thereto. Considering all the evidence, we cannot see that any injustice has been done, nor that there was error in refusing the instructions referred to in the brief.

The judgment is therefore affirmed.

Affirmed.

BAKER, P. J., dissenting. I think the judgment should be reversed and the cause remanded for a new trial.